**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gebbers Farms, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-0878389** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **25985 State Hwy 97** <br> **Brewster, WA 98812** <br> Number, Street, City, State & ZIP Code | **PO Box 735** <br> **Brewster, WA 98812** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Okanogan** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

26-01140-FPC11    Doc 1    Filed 06/04/26    Entered 06/04/26 15:44:48    Pg 1 of 22

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1113__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

26-01140-FPC11  Doc 1  Filed 06/04/26  Entered 06/04/26 15:44:48  Pg 2 of 22

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **See Rider 1** | Relationship | **Affiliates** |
| | District | **Eastern District of Washington** | When | Case number, if known |

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **See Attached Rider**
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **See Attached Rider**

   Contact name   **Kiara Callaway**

   Phone   **(208) 917-5681**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

26-01140-FPC11   Doc 1   Filed 06/04/26   Entered 06/04/26 15:44:48   Pg 3 of 22

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**June  4, 2026**
　　　　　　　MM / DD / YYYY

**X** **/s/ Brooke McGuire**
Signature of authorized representative of debtor

**Brooke McGuire**
Printed name

Title　**Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ Thomas A. Buford**
Signature of attorney for debtor

Date　**June  4, 2026**
　　　MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 4630**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone　**(206) 292-2110**　　Email address　**tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

26-01140-FPC11　Doc 1　Filed 06/04/26　Entered 06/04/26 15:44:48　Pg 4 of 22

■ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06 / 04 / 2026
                MM / DD / YYYY

X _____                    **Brooke McGuire**
Signature of authorized representative of debtor        Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**    X _____    Date _____
                                    Signature of attorney for debtor                           MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 4630**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **(206) 292-2110**        Email address    **tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

Docusign Envelope ID: BD7DE39F-2BA7-82F0-83C0-96B9EA527F1E

# BOARD RESOLUTIONS OF
# GEBBERS FARMS, INC.

The undersigned, being the board of directors of Gebbers Farms, Inc. (the "Corporation"), a Washington corporation (the "Company"), do hereby consent and agree to the following recitals and resolutions pursuant to the By-Laws of the Company:

## BANKRUPTCY CASE

**WHEREAS**, the Corporation reviewed the materials presented by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company and certain of its subsidiaries and affiliates, the strategic alternatives available to them, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Corporation and the board of directors of the Corporation (the "**Board**") has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives to the Company.

**I.** **Voluntary Petitions Under Chapter 11 of Title 11 of the United States Code.**

**NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that in the judgment of the Corporation and the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code on or about June 4, 2026; and

**FURTHER RESOLVED**, that Brooke McGuire, the Chief Financial Officer of Brewster Heights Packing & Orchard LP, the 100% shareholder of the Company (the "Authorized Representative") is authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief.

**II.** **Retention of Professionals.**

**FURTHER RESOLVED**, that the Authorized Representative is authorized and directed to employ Katten Muchin Rosenman LLP ("Katten") as general bankruptcy counsel, Bush Kornfeld LLP ("Bush Kornfeld") as general bankruptcy co-counsel, Peter Richter as financial consultant, Enrique Acevedo and Greg Hill, as financial advisors, Capstone Capital Markets LLC ("Capstone") as investment banker, and Stretto, Inc. ("Stretto") as administrative, notice, and claims agent to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Representative is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Katten, Bush Kornfeld, Peter Richter, Enrique Acevedo, Greg Hill, Capstone, and Stretto;

**FURTHER RESOLVED**, that the Authorized Representative is authorized and directed to employ any other professionals to assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, the Authorized Representative is authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

## III.    DIP Financing Agreement.

**FURTHER RESOLVED**, that the forms, terms, and provisions of that certain DIP Loan Term Sheet (the "DIP Term Sheet") by and among the Company and certain of its co-debtor affiliates, each as debtors and debtors-in-possession in cases pending under chapter 11 of the Bankruptcy Code, on the one hand, and Sandton Capital Solutions Master Fund VI, LP (the "DIP Lender"), on the other hand, and the Company's performance of its obligations under the DIP Term Sheet and any interim or final order entered in the Company's chapter 11 cases be (any such order, a "DIP Order"), be and hereby are, in all respects, approved; and further resolved that the form, terms and provisions of the loan agreements and documents ancillary to the DIP Term Sheet (together with the DIP Term Sheet, the "DIP Loan Documents") are hereby in all respects approved, and the Authorized Representative is authorized and empowered to execute and deliver the DIP Loan Documents, in the name and on behalf of the Company under its corporate seal or otherwise substantially in the forms reviewed by the Authorized Representative, with such changes therein and modifications and amendments thereto as the Authorized Representative may in her sole discretion approve, which approval shall be conclusively evidenced by her execution thereof;

**FURTHER RESOLVED**, that in the judgment of the Board, it is in the best interests of the Company, its creditors, and other parties in interest, and in pursuit of its corporate purposes as an integral part of the business conducted and proposed to be conducted by the Company and its debtor affiliates to make the agreements provided for in the DIP Loan Documents, and that doing so is necessary and convenient (i) in connection with the business conducted and proposed to be conducted by the Company, and (ii) to induce the DIP Lender to enter into the DIP Loan Documents and to extend credit thereunder;

**FURTHER RESOLVED**, that the Authorized Representative is authorized and empowered to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the DIP Loan Documents, to arrange for and enter into supplemental agreements, amendments, instruments, certificates, or documents relating to the transactions contemplated by the DIP Loan Documents, and to execute and deliver all such supplemental agreements, amendments, instruments, certificates, or documents in the name and on behalf of the Company under its corporate seal or otherwise, which shall in her sole judgment be necessary, proper or advisable in order to perform the Company's obligations under or in connection with the DIP Loan Documents and the transactions contemplated therein; and to carry out fully the intent of the foregoing resolutions;

**FURTHER RESOLVED**, that each the Authorized Representative is authorized and empowered to execute and deliver any amendments, restatements, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Loan Documents which shall in her sole judgment be necessary, proper or advisable; and

Docusign Envelope ID: BD7DE39F-2BA7-82F0-83C0-96B9EA527F1E

**FURTHER RESOLVED**, that all acts and actions taken by the Authorized Representative prior to the date hereof with respect to the transactions contemplated by the DIP Loan Documents be, and hereby are, in all respects confirmed, approved, and ratified.

## FURTHER ACTIONS AND PRIOR ACTIONS

**FURTHER RESOLVED**, that the Authorized Representative is authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

**BE IT RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

DATED this ____2.____ day of June, 2026.

Signed by:

_Cass Gebbers_
08C0B0DA64B8484...
John W. ("Cass") Gebbers, Director

DocuSigned by:

**Mac Gebbers**
58531A2F0504495...
Mac Gebbers, Director

Keith Thrapp, Director

As of the date hereof, each of the entities listed below (the "Debtors") filed a petition in the Bankruptcy Court for the Eastern District of Washington for relief under chapter 11 of title 11 of the United States Code. The Debtors will move for joint administration of these cases under the case number assigned to the chapter 11 case of Brewster Heights Packing & Orchards, LP.

1. Brewster Heights Packing & Orchards, LP.
2. C&M II, LLC
3. D&E Storage, LLC
4. Eastco, LLC
5. Gebbers Farms, Inc.
6. Gebbers Orchards, Inc.
7. GF SA, LLC
8. Northco, LLC
9. P&G Orchards, LLC
10. REPO, LLC
11. TJF Properties, LLC
12. Westco Orchards, LLC
13. Westco Sales, Inc.

2917 jf02df01gz

**Rider to Voluntary Petition, Question 12 – Real Property That Needs Immediate Attention**

**Property Locations:**

The following Debtors own real property in Okanagan, Douglas, and Chelan counties within the State of Washington, on which they maintain orchards.

- Brewster Heights Packing & Orchards, LP
- C&M II, LLC
- D&E Storage, LLC
- Eastco, LLC
- Gebbers Farms, Inc.
- Gebbers Orchards, Inc.
- Northco, LLC
- P&G Orchards, LLC
- REPO, LLC
- TJF Properties, LLC
- Westco Orchards, LLC

**Insurance Companies:**

The following insurance companies provide insurance coverage for the above-referenced property for the above-referenced Debtors:

- Lloyds of London
- Kinsale Insurance Company
- Axis Surplus Insurance Company
- Arch Specialty Insurance Company
- Starr Surplus Lines Insurance Company
- MSIG Specialty Insurance USA
- Fidelis Underwriting Limited
- Safehold
- Chubb European Group SE
- Philadelphia Insurance Company

Contact Name: Kiara Callaway
Phone: (208) 917-5681

2917 jf03vn0111

**Fill in this information to identify the case:**

Debtor name   **Gebbers Farms, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  4, 2026**      *X* **/s/ Brooke McGuire**
                                                Signature of individual signing on behalf of debtor

                                              **Brooke McGuire**
                                              Printed name

                                              **Chief Financial Officer**
                                              Position or relationship to debtor

Debtor name   **Gebbers Farms, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __6/4/2026__     X _____
                                      Signature of individual signing on behalf of debtor

                                      **Brooke McGuire**
                                      Printed name

                                      **Chief Financial Officer**
                                        Position or relationship to debtor

Debtor name **Gebbers Farms, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**

Case number (if known):

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cascade & Columbia RR Corp C/O GENESEE & WY.RR SVCS. 27603 NETWORK PLACE CHICAGO, IL 60673-1276** | | | | | | **$0.00** |
| **Colville Agency - BIA DEPT. C114 PO BOX 979121 ST. LOUIS, MO 63197-9000** | | | | | | **$0.00** |
| **Department of Natural Resources FINANCIAL MGMT DIVISION PO BOX 47041 OLYMPIA, WA 98504-7041** | | | | | | **$0.00** |
| **Douglas County Treasurer P.O. BOX 609 WATERVILLE, WA 98858** | | | | | | **$0.00** |
| **Internal Revenue Service Gregory M. Hahn & Patsy A. Clarke 915 2nd Ave., Rm. 2704 MS W670 Seattle, WA 98174** | | | | | | **$0.00** |
| **Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317** | | | | | | **$0.00** |

26-01140-FPC11   Doc 1   Filed 06/04/26   Entered 06/04/26 15:44:48   Pg 13 of 22

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kelly Knapp** **608 LAGRANGE RD.** **OKANOGAN, WA** **98840** | | | | | | **$0.00** |
| **Larry Poirier** **P.O. BOX 2038** **CHELAN, WA 98816** | | | | | | **$7,500.00** |
| **Lockton** **WEST SERIES OF LOCKTON DEPT# 42245** **DALLAS, TX** **75265-0823** | | | | | | **$0.00** |
| **Nespelem Valley Electric** **PO BOX 31** **NESPELEM, WA** **99155** | | | | | | **$0.00** |
| **Okanogan County PUD** **PO BOX 187** **BREWSTER, WA** **98812** | | | | | | **$0.00** |
| **Okanogan County Treasure** **PO BOX 111** **OKANOGAN, WA** **98840** | | | | | | **$0.00** |
| **The VIP Agency Group LLC** **1001 US-97** **BREWSTER, WA** **98812** | | | | | | **$0.00** |
| **United States Treasury** **INTERNAL REVENUE SERVICE** **OGDEN, UT** **84201-0039** | | | | | | **$0.00** |
| **USI Insurance Services NW** **PO BOX 62949** **VIRGINIA BEACH, VA 23466** | | | | | | **$0.00** |
| **Verizon Wireless** **PO BOX 660108** **DALLAS, TX** **75266-0108** | | | | | | **$0.00** |

26-01140-FPC11   Doc 1   Filed 06/04/26   Entered 06/04/26 15:44:48   Pg 14 of 22

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WA State Department of Licensing PO BOX 1010 OKANOGAN, WA 98840** | | | | | | **$0.00** |
| **Washington Department of Revenue 630 N CHELAN AVE, STE B3 WENATCHEE, WA 98801-6622** | | | | | | **$0.00** |
| **Ziply Fiber P.O. BOX 740416 CINCINNATI, OH 45274-0416** | | | | | | **$0.00** |

26-01140-FPC11    Doc 1    Filed 06/04/26    Entered 06/04/26 15:44:48    Pg 15 of 22

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Gebbers Farms, Inc.**            Case No. _____

                   Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 4, 2026** _____        **/s/ Brooke McGuire** _____

                                         **Brooke McGuire**/**Chief Financial Officer**

                                         Signer/Title

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Gebbers Farms, Inc.**                        Case No. _____

                                      Debtor(s)            Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **6/4/2026**_____                    _____

                                            **Brooke McGuire/Chief Financial Officer**
                                            Signer/Title

Gebbers Farms, Inc.
PO Box 735
Brewster, WA 98812


Thomas A. Buford
Bush Kornfeld LLP
601 Union St., Suite 4630
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


BMO
PO Box 515274
Los Angeles, CA 90051-6574


Cascade & Columbia RR Corp
C/O GENESEE & WY.RR SVCS.
27603 NETWORK PLACE
CHICAGO, IL 60673-1276


Colville Agency - BIA
DEPT. C114 PO BOX 979121
ST. LOUIS, MO 63197-9000

Department of Natural Resources
FINANCIAL MGMT DIVISION
PO BOX 47041
OLYMPIA, WA 98504-7041


Douglas County Treasurer
P.O. BOX 609
WATERVILLE, WA 98858


Internal Revenue Service
Gregory M. Hahn & Patsy A. Clarke
915 2nd Ave., Rm. 2704 MS W670
Seattle, WA 98174


Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317


Kelly Knapp
608 LAGRANGE RD.
OKANOGAN, WA 98840


Larry Poirier
P.O. BOX 2038
CHELAN, WA 98816


Lockton
WEST SERIES OF LOCKTON DEPT# 42245
DALLAS, TX 75265-0823


Nespelem Valley Electric
PO BOX 31
NESPELEM, WA 99155

Okanogan County PUD
PO BOX 187
BREWSTER, WA 98812


Okanogan County Treasure
PO BOX 111
OKANOGAN, WA 98840


Prudential Financial
PO Box 981503
Boston, MA 02298-1503


The VIP Agency Group LLC
1001 US-97
BREWSTER, WA 98812


United States Treasury
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039


USI Insurance Services NW
PO BOX 62949
VIRGINIA BEACH, VA 23466


Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108


WA State Department of Licensing
PO BOX 1010
OKANOGAN, WA 98840


Washington Department of Revenue
630 N CHELAN AVE, STE B3
WENATCHEE, WA 98801-6622

Ziply Fiber
P.O. BOX 740416
CINCINNATI, OH 45274-0416